

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-13-00892-CV

Dora **GULLEY**,
Appellant

v.

**STATE FARM LLOYDS,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03371
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Retired Chief Justice, not participating
                 Karen Angelini, Justice
                 Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court